No. 79–456. ARNALL, GOLDEN & GREGORY ET AL. *v.* SMITH, COHEN, RINGEL, KOHLER & MARTIN ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.